FILED by \_\_MM\_\_ D.C.

Aug 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**22-20369-CR-ALTONAGA/TORRES**
CASE NO. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

ARIELLE MANSAW,

          Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

**Conspiracy to Commit Money Laundering**
**(18 U.S.C. § 1956(h))**

From in or around January 2019, continuing through in or around October 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ARIELLE MANSAW,**

did knowingly and voluntarily combine, conspire, confederate, and agree with Hasan Hakim Brown, Lorin George Saunders, Raul Mauricio Gonzalez, and persons known and unknown to the United States Attorney, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature,

location, source, ownership, and control of the proceeds of specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is bank fraud, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ARIELLE MANSAW**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956 as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

   a. Account number 0000245634986 at Truist Bank held in the name of White Glove Yacht Cleaning Services;

   b. Account number 550888882 at JPMorgan Chase Bank held in the name of Y.E.N. Global; and

   c. Account number 272051825 at Regions Bank held in the name of White Glove Yacht Cleaning Services Inc.

All pursuant to Title 18, United States Code, Section 982(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
BROOKE WATSON
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ARIELLE MANSAW,

_____/

CASE NO.:

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☑ Miami    ☐ Key West    ☐ FTP
- ☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect:

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I    ☑ 0 to 5 days                  ☐ Petty
   II   ☐ 6 to 10 days                 ☐ Minor
   III  ☐ 11 to 20 days                ☐ Misdemeanor
   IV   ☐ 21 to 60 days                ☑ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                            Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge                            Case No. Please See Attached
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of
11. Rule 20 from the            District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Brooke Watson
Assistant United States Attorney
Court ID No.   A5501844

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA

vs.

ARIELLE MANSAW,

        Defendant.
_____/

### ADDENDUM TO THE CERTIFICATE OF TRIAL ATTORNEY
### LIST OF RELATED CASES

1. United States v. Hasan Hakim Brown, Jean Renald Fleuridor, and Kevin Kirton (Case No. 21-20262-AHS)
2. United States v. Raul Mauricio Gonzalez (Case No. 21-20423-CR-MGC)
3. United States v. Lorin George Saunders (Case No. 22-20106-CR-RKA)
4. United States v. Johnny Phillus and Latoya Stanley (Case No. 21-20067-CR-MGC)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Arielle Mansaw

$100,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Brooke Watson

Last Known Address: ███████████████

What Facility: _____

Agent(s): David Brant FDIC-OIG
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America v. | ) |
| :---: | :--- |
|  | ) Case No. |
| ARIELLE MANSAW, | ) |
|  | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*